COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| | § | |
| | § | No. 08-15-00183-CV |
| IN RE: ROSA SERRANO, INDIVIDUALLY. | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

# MEMORANDUM OPINION

Relator, Rosa Serrano, *pro se*, has filed a petition for writ of mandamus against the Honorable Virgil Mulanax and the Honorable Tom Spiczney related to orders entered in cause numbers 2012-DCV-06341, 2013-DCV-3139, and 2015-DCV-1079. We deny mandamus relief.

To be entitled to mandamus relief, Relator must meet two requirements. *In re Prudential Insurance Company of America, L.L.C.*, 148 S.W.3d 124, 135 (Tex. 2004); *Walker v. Packer*, 827 S.W.2d 833, 840 (Tex. 1992). First, she must show that the trial court clearly abused its discretion. *Prudential*, 148 S.W.3d at 135. Second, she must demonstrate that there is no adequate remedy by appeal. *In re Prudential*, 148 S.W.3d at 135; *In re McAllen Medical Center, Inc.*, 275 S.W.3d 458, 462 (Tex. 2008). Based on the petition and record before us, we conclude that Relator has failed to establish that she is entitled to mandamus relief. *See* TEX.R.APP.P. 52.8. Accordingly, the petition is denied.

June 23, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating